UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-03009-FMO (AS) | Date | July 13, 2016 |
|---|---|---|---|
| Title | Robert LeMaile-Williams v. Comm. H. Constance Harris, et al. | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| N/A | | N/A |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On February 22, 2016, Robert LeMaile-Williams ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition") in the United States District Court for the Southern District of California. (Docket Entry No. 1). On March 28, 2016, Petitioner filed a "Petition for a Writ of Habeas Corpus." (Docket Entry No. 7). On April 29, 2016, the action was transferred to the United States District Court for the Central District of California. (Docket Entry No. 10).

On May 5, 2016, the Court issued an Order Requiring the Filing of a Second Amended Petition. (Docket Entry No. 13). After noting that it construed Petitioner's March 28, 2016 pleading as a First Amended Petition for a Writ of Habeas Corpus ("First Amended Petition"), the Court found that Petitioner's pleadings were deficient in the following respects:

(1) It is not clear whether Petitioner is attempting to file a Petition for Writ of Habeas Corpus by a Person in State Custody (pursuant to 28 U.S.C. § 2254), a Petition for Writ of Habeas Corpus by a Person in Federal Custody (pursuant to 28 U.S.C. § 2241), or some other pleading (i.e., a civil rights action pursuant to 42 U.S.C. § 1983); (2) Petitioner has failed to identify the proper Respondent (the name of the officer having custody over him); (3) Petitioner has failed to plainly state "[t]he statutory or other basis for the exercise of jurisdiction by this Court," in violation of Central District Local Rule 8-1 and Fed.R.Civ.P. Rule 8(a); (4) Assuming the pleadings are Petitions for Writ of Habeas Corpus by a Person in

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-03009-FMO (AS) | Date | July 13, 2016 |
|---|---|---|---|
| Title | Robert LeMaile-Williams v. Comm. H. Constance Harris, et al. | | |

State Custody pursuant to 28 U.S.C. § 2254, Petitioner has failed to specify any understandable ground for relief in violation of Rule 2(c), Rules Governing Section 2254 Cases in the United States District Courts; (5) The First Amended Petition is incomplete because it is missing pages 16 and 31 and anything after page 32; and (6) Petitioner has alleged vague and conclusory "claims," in violation of Fed.R.Civ.P. Rule 8(a) and 8(d).

Id. at 1-2.

The Court ordered Petitioner to file within 21 days of the date of the Order either a Second Amended Petition for Writ of Habeas Corpus by a Person in State Custody, pursuant to 28 U.S.C. § 2254 ("Second Amended Petition") on the proper Central District form, **or** a Second Amended Petition for Writ of Habeas Corpus by a Person in Federal Custody, pursuant to 28 U.S.C. § 2241 ("Second Amended Petition") on the proper Central District Form, copies of which were attached to the Order. Id. at 2. Petitioner expressly was warned that the failure to comply with the requirements of the Order might result in a recommendation that this action be dismissed for failure to comply with the Court's Order and/or for failure to prosecute pursuant to Fed.R.Civ.P. 41(b). Id.

Although, after receiving an extension of time (Docket Entry No. 17), Petitioner attempted to file a Second Amended Petition for Writ of Habeas Corpus by a Person in State Custody, the document was returned to him unfiled based on: his failure to file either a Second Amended Petition pursuant to 28 U.S.C. § 2254 on the proper Central District form, **or** a Second Amended Petition pursuant to 28 U.S.C. § 2241 on the proper Central District form; his failure to specify which kind of federal habeas petition he was filing (Petitioner alleged his Second Amended Petition was filed pursuant to 28 U.S.C. §§ 2254, 2255, and 2241); and it was not clear whether Petitioner had identified the proper respondent. (Docket Entry No. 19).

As of today, Petitioner has failed to file either a Second Amended Petition pursuant to 28 U.S.C. § 2254 on the proper Central District form or a Second Amended Petition pursuant to 28 U.S.C. § 2255 on the proper Central District form.

Therefore, Petitioner is **ORDERED TO SHOW CAUSE**, within **thirty days** of

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-03009-FMO (AS) | Date | July 13, 2016 |
|---|---|---|---|
| Title | Robert LeMaile-Williams v. Comm. H. Constance Harris, et al. | | |

the date of this Order (**by no later than August 12, 2016),** why this action should not be dismissed without prejudice for failure to comply with a Court order and/or prosecute pursuant to Fed.R.Civ.P. 41(b).

Petitioner may discharge this Order by filing either a Second Amended Petition pursuant to 28 U.S.C. § 2254 on the proper Central District form or a Second Amended Petition pursuant to 28 U.S.C. § 2255 on the proper Central District, complying with the requirements of the Court's May 5, 2016 Order .

**Petitioner is expressly warned that the failure to timely file a response to this Order will result in a recommendation that this action be dismissed without prejudice for his failure to comply with Court orders and/or failure to prosecute. See Fed.R. Civ. P. 41(b).**

The Clerk of the Court is directed to serve a copy of this Order on Petitioner at his current address of record.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | AF | |