# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ROBERT LEMAILE-WILLIAMS,<br><br>    Petitioner,<br><br>    v.<br><br>LOS ANGELES CITY ATTORNEY,<br><br>    Respondent. | NO. CV 16-03009-FMO (AS)<br><br>**ORDER ACCEPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS OF<br>UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. After having made a *de novo* determination of the portions of the Report and Recommendation to which objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

Petitioner filed, concurrently with his objections to the Report and Recommendation, a "Motion to Perfect Petition by Withdrawl (sic) of Unexhausted Claims," and "Motion to Delete Unexhausted Claims." (Docket Entry Nos. 46, 47). The Court's determination that it does not have

jurisdiction over the Petition renders it unnecessary to address Petitioner's motions. See <u>Maleng v. Cook</u>, 490 U.S. 488, 492 (1989)("once the sentence imposed for a conviction has completely expired, the collateral consequences of that conviction are not themselves sufficient to render an individual "in custody" for the purposes of a habeas attack[.]").

**IT IS ORDERED** that Judgment be entered denying and dismissing the Petition without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 10, 2017.

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE