# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT LEMAILE-WILLIAMS, | ) | NO. CV 16-03009-FMO (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| LOS ANGELES CITY ATTORNEY, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: January 10, 2017.

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE